# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

June 24, 2009

## BEFORE
## DIANE S. SYKES, Circuit Judge

|  |  |
|---|---|
| No.: 07-3307 | JONATHAN CASTILHO-DE OLIVEIRA, Petitioner<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, Respondent |

| **Originating Case Information:** |
|---|
| Agency Case No: A97-336-968<br>Board of Immigration Appeals |

Upon consideration of the **REQUEST FOR MODIFICATION OF THE DECISION**, filed by Respondent Eric Holder, on June 22, 2009,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that the last sentence in footnote 4 of the opinion issued on May 8, 2009 is removed and replaced with the following sentence: "We are advised that Judge Brahos retired from the immigration bench on February 2, 2008."

form name: **c7_Order_3J** (form ID: **177**)